IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**     :     **CASE NO. 1:CR-13-CR-131**
:
**v.**     :
:
**HECTOR RENGIFO**     :

## O R D E R

AND NOW, this 16th day of July, 2015, **IT IS HEREBY ORDERED THAT** the motion for relief pursuant to 18 U.S.C. § 3582(c)(2) (Doc. 123) is **DENIED**.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: July 16, 2015.