IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:13-cr-131** |
| **v.** | : | |
| **HECTOR RENGIFO** | : | **Judge Sylvia H. Rambo** |

## O R D E R

**AND NOW**, this 18th day of October, 2017, **IT IS HEREBY ORDERED** as follows:

1) The 28 U.S.C. § 2255 motion (Doc. 135) is **DENIED**;

2) The motion for summary judgment (Doc. 144) is **DEEMED WITHDRAWN**, or in the alternative, is **DENIED**;

3) The court declines to issue a certificate of appealability as the issues raised in the motions are frivolous and without merit.

                                                                          s/Sylvia H. Rambo  
                                                                          SYLVIA H. RAMBO  
                                                                          United States District Judge